JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #0212; PRG INVESTMENT EQUITIES, LP,<br><br>    Defendants. | Case No. 2:13-cv-03386-JFW-JC<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant PRG Investment Equities, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 8, 2014

                                                JOHN F. WALTER
                                                U.S. District Court Judge